The Universal Life Insurance Company, Respondent, *v.* Susan A. Van Dyke, Impleaded, etc., Appellant.

(Argued November 23, 1881; decided January 17, 1882.)

*George Wilcox* for appellant.

*Charles B. Alexander* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

Horace Farquhar, President, etc., Appellant, *v.* Edgar W. Crowell, Respondent.

(Argued December 6, 1881; decided January 17, 1882.)

The question in this case was simply as to the construction of a contract between the parties, presented nothing of general interest.

*Henry W. Johnson* for appellant.

*Wm. Allen Butler* for respondent.

Andrews, Ch. J., read for affirmance of order and for judgment absolute against plaintiff.
All concur.
Order affirmed, and judgment accordingly.